United States Bankruptcy Court
District of Arizona

In re:  
ISAIAH GABRIEL CHAVEZ  
KELSEY MARIA CHAVEZ  
    Debtors

Case No. 21-08024-PS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 16, 2022      Form ID: 318      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ISAIAH GABRIEL CHAVEZ, KELSEY MARIA CHAVEZ, 4845 E BELLERIVE DR., CHANDLER, AZ 85249-7024 |
| 16572671 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta GA 30067 |
| 16614128 | + | JPMorgan Chase Bank, N.A., c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 16572680 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison WI 53707-7860 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QMGAUGHAN.COM | Feb 17 2022 03:23:00 | MAUREEN GAUGHAN, PO BOX 6729, CHANDLER, AZ 85246-6729 |
| smg | | EDI: AZDEPREV.COM | Feb 17 2022 03:18:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16572662 | + | Email/Text: bankruptcynotice@1fbusa.com | Feb 16 2022 22:26:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City SD 57049-1200 |
| 16572663 | | EDI: AZDEPREV.COM | Feb 17 2022 03:18:00 | Arizona Department of Revenue, Customer Service, PO Box 29086, Phoenix AZ 85038-9086 |
| 16572664 | + | EDI: CAPITALONE.COM | Feb 17 2022 03:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16572667 | + | EDI: CITICORP.COM | Feb 17 2022 03:18:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16572668 | + | EDI: CITICORP.COM | Feb 17 2022 03:18:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16572669 | + | EDI: WFNNB.COM | Feb 17 2022 03:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16572670 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2022 22:25:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16572675 | + | EDI: CITICORP.COM | Feb 17 2022 03:18:00 | Macys/fdsb, Attn: Bankruptcy, 7 West Seventh Street, Cincinnati OH 45202 |
| 16572673 | + | Email/Text: bankruptcy@golden1.com | Feb 16 2022 22:26:00 | Golden 1 Credit Union, Attn: Bankruptcy, Po Box 15966, Sacramento CA 95852-0966 |
| 16572674 | + | EDI: IRS.COM | Feb 17 2022 03:18:00 | Internal Revenue Service, Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington DC 20220-0002 |
| 16572665 | | EDI: JPMORGANCHASE | | |

| Recip ID | Bypass | Date/Time | Recipient |
|---|---|---|---|
| 16572666 | EDI: JPMORGANCHASE | Feb 17 2022 03:18:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth TX 76101 |
| | | Feb 17 2022 03:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 16572676 | + Email/Text: bnc@nordstrom.com | Feb 16 2022 22:26:16 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood CO 80155-6555 |
| 16572677 | + EDI: AGFINANCE.COM | Feb 17 2022 03:18:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville IN 47731-3251 |
| 16572995 | + EDI: RECOVERYCORP.COM | Feb 17 2022 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16572678 | + EDI: RMSC.COM | Feb 17 2022 03:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando FL 32896-5060 |
| 16572679 | + EDI: WTRRNBANK.COM | Feb 17 2022 03:18:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| 16572672 | | Frontwave Cu Fka Pmcu |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Blake Mayes | on behalf of Joint Debtor KELSEY MARIA CHAVEZ blake@mayestelles.com |
| J. Blake Mayes | on behalf of Debtor ISAIAH GABRIEL CHAVEZ blake@mayestelles.com |
| JANET MARIE SPEARS | on behalf of Creditor JPMORGAN CHASE BANK N.A. ecfazb@aldridgepite.com, JSpears@ecf.courtdrive.com |
| MAUREEN GAUGHAN | maureen@mgaughan.com  mgaughan@ecf.axosfs.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | ISAIAH GABRIEL CHAVEZ<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5766<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | KELSEY MARIA CHAVEZ<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4829<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Arizona | |
| Case number: | 2:21–bk–08024–PS | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ISAIAH GABRIEL CHAVEZ     KELSEY MARIA CHAVEZ

2/16/22

**By the court:**  Paul Sala
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2